IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.

**2382 STEWART ROAD, GRANTS PASS, JOSEPHINE COUNTY, STATE AND DISTRICT OF OREGON, REAL PROPERTY WITH BUILDINGS, APPURTENANCES, AND IMPROVEMENTS, in rem,**

    Defendant.

CV 04-1778-MA

**ORDER OF DISMISSAL**

This matter having come before the court on plaintiff's motion to dismiss, and based upon the records and files of this action,

IT IS HEREBY ORDERED this action is dismissed.

SO ORDERED this 23 day of April, 2007.

*Malcolm F. Marsh*
MALCOLM F. MARSH
United States District Judge